## File Hashes for IP Address 108.51.158.100

**ISP:** Verizon FiOS
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/18/2014 22:09:14 | 10638A00080FF333239FF46EF414A4B1B6249C48 | My Naughty Girl |
| 08/15/2014 21:38:52 | D253C4E487EE12CEDB6FE3F85CEB30C87C96C03A | Pretty Bad Girl |
| 08/07/2014 22:35:33 | 20CD554B95D59150770695C0F400BE360C1DA44C | Breakfast At Eves |
| 07/31/2014 22:58:39 | 1F16C7A034BBCCA0E25E45E6BA0EF956A175C609 | Precious Metal |
| 07/31/2014 22:08:42 | F7FAFED627CC028ACA02887C7199AC8CCCCB8428 | Carry Me Home |
| 07/31/2014 22:04:25 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 07/31/2014 22:03:38 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 07/17/2014 15:50:38 | E3C1AF072B0E271E226D8C94142FC049B7823213 | Play Me |
| 07/14/2014 21:03:46 | F85A51642E7BB84105916ED5CEB20889A69D60B8 | Summertime Lunch |
| 07/07/2014 22:08:34 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 07/07/2014 20:52:33 | 08E9A9767B888AD7D209FEABB6E5FF8ADD01FE08 | Coming Late |
| 06/26/2014 22:05:25 | 2E526DC5D5DB9F064CB76A4317B031D7D27E95F3 | Drinks For Two |
| 06/12/2014 22:12:59 | 9625B509DFE3BB14523D3836431879E19F857E01 | Sex With Glasses |
| 05/31/2014 12:29:20 | C0AA065A4447027A92CCB07AE206DEB43E34E741 | Two By Two |
| 05/28/2014 22:21:16 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/15/2014 20:37:56 | B28BCDAA4909E7E2BA91EE2A7A60C8BFF32F37F3 | Surprise Surprise |
| 05/06/2014 20:56:18 | 14998187EC9A9CB20357662C5468A2AAFC0D0D34 | Au Paradis |
| 05/06/2014 20:43:43 | CE41D8EC106EDF876C0E0AE359758B80B86A8158 | A Hot Number |
| 04/19/2014 11:21:20 | ACDCE549F99D48F2B399B412BF5A9FEFBA07088A | Catching Up |
| 04/14/2014 22:24:20 | 40D6652804A7559C52E05B055EAABE34C418AC5A | Not Alone |
| 04/04/2014 21:47:29 | 615284DC2FF24FA05AF96390D0755340ABA1C916 | Lonesome Without You |
| 04/04/2014 21:37:18 | 7EDADA257839FC104A5170061AC4ED36C168DE77 | Wake Me Up |

EVA85                                    EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/03/2014 21:40:20 | 444FB7947B1CBD701E54EB2287E6302181A5E8AA | Russian Connection |
| 03/25/2014 21:13:38 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/25/2014 21:02:42 | 4FAE03001E7F4011887D741FD6F861F73746FFE4 | All About Anna |
| 03/17/2014 14:06:05 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 03/17/2014 13:37:26 | 82199A6AC202FA462F8959052ED93B333D494868 | All Oiled Up |

**Total Statutory Claims Against Defendant: 27**