**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                    Civil Action No. 1:14-cv-01162-GBL-IDD

JOHN DOE, subscriber assigned IP address
108.51.158.100,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

     **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 108.51.158.100. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

     Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

     Dated: October 16, 2014

                                            Respectfully submitted,

                                            By:   /s/ *William E. Tabot*
                                            William E. Tabot PC
                                            9248 Mosby Street
                                            Manassas, VA 20110-5038
                                            Phone: 703-530-7075
                                            Email: wetabotesq@wetlawfirm.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: /s/ *William E. Tabot*
                                                  William E. Tabot